NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIANA MAYERS and SHANA KING,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTA MARRIOT HOTEL, et al.,<br>Defendants. | Civil Action No.: 13-6824 (JLL)(JAD)<br><br>ORDER |

**THIS MATTER** comes before the Court by way of United States Magistrate Judge Joseph A. Dickson's November 24, 2014 Report and Recommendation recommending that the undersigned dismiss this action with prejudice for failure to prosecute [Docket Entry No. 10]. Magistrate Judge Dickson filed his Report and Recommendation pursuant to 28 U.S.C. § 636 (b)(1)(B). In particular, Magistrate Judge Dickson recommended that Plaintiff's Complaint be dismissed with prejudice for failure to prosecute this action. To date, the Court has received no objections with respect to Magistrate Judge Dickson's November 24, 2014 Report and Recommendation, and for good cause shown,

**IT IS** on this **23rd day of December, 2014,**

**ORDERED** that the Report and Recommendation of Magistrate Judge Dickson, filed on November 24, 2014 [Docket Entry No. 10], is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that Plaintiff's Complaint is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**IT IS SO ORDERED.**

Jose L. Linares
United States District Judge